**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

This order will act as a dismissal of the action with prejudice.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   3/24/2023

-------------------------------------------------------------------------------

ELISEO DISLA, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

INVESTINET, LLC, INC. and LVNV FUNDING, LLC,

Defendants.

-------------------------------------------------------------------------------

Case No.: 2:21-cv-15276-JMV-ESK

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is hereby discontinued with prejudice, without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED, that fax and/or e-mailed PDF copies of this stipulation and signatures shall be treated as originals.

Dated: March 20, 2023

Dated: March 20, 2023

JONES, CHULSKY & KESSLER, LLC

J. ROBBIN LAW, PLLC

By:    */s/ Joseph K. Jones*
Joseph K. Jones, Esq.
330 Mounts Corner Drive, Suite 417
Freehold, NJ 07728
Tel. (877) 827-3395
jkl@legaljones.com
*Attorneys for Plaintiff*

By:    */s/ Jacquelyn A. DiCicco*
Jacquelyn A. DiCicco, Esq.
200 Business Park Drive, Suite 103
Armonk, NY 10504
Tel. (914) 685-5017
Jacquelyn.dicicco@jrobbinlaw.com
*Attorneys for Defendants*